# United States District Court
# For The Western District of North Carolina
# Asheville Division

KEVIN M. BAILEY,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

vs.                                          1:10CV118-1-MU

JACK O'CONNOR,

        Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/17/2010 Order.

                                              Signed: June 17, 2010

                                              Frank G. Johns, Clerk
                                              United States District Court